FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JAY MIDDAUGH,<br><br>Defendant. | No. 2:18-CR-0182-WFN-1<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE |

**BEFORE THE COURT** is the Defendant's Motion to Clarify Conditions of Pre-Trial Release. ECF No. 31. Defendant seeks to modify his conditions of pretrial release, ECF No. 31, to clarify that Xbox® is not a "computer" for purposes of pretrial release condition No. 22.

Defendant recites that the United States Attorney deferred the government's position on this motion to Pretrial Services and Probation Officer Erik Carlson informed Defendant that Xbox® is a computer for purposes of his conditions of release. ECF No. 31 at 2.

**IT IS ORDERED** that the Defendant's motion to modify the conditions of his pretrial release, **ECF No. 31,** is **GRANTED.** The corresponding motion to expedite, **ECF No. 32,** is also **GRANTED**.

ORDER - 1

Defendant's conditions of pretrial release are **modified** as follows:

**(22)** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the internet, including but not limited to cell phones with internet access. There shall be no internet-capable devices in Defendant's home. Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited. Defendant is permitted to play games on an "Xbox®" brand device, which the Court understands to be a free standing electronics product that requires connection to a viewing screen, but does *not* require connection to a computer or the internet. Defendant is permitted to utilize an Xbox® in his home, provided there is no computer or other electronic device in the home that is capable of connecting to the internet

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED November 19, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE