FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JAY MIDDAUGH,<br><br>Defendant. | No. 2:18-CR-00182-WFN-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>**(ECF No. 41)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 41**. Specifically, Defendant requests his daily curfew be extended from 7:00 p.m. to 9:00 p.m. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Defendant has provided no reason for the requested change. The Court has no information or other basis to judge whether defendant's circumstances have changed, or whether the current curfew times were initially problematic.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 41**, is **DENIED** with leave to renew.

**IT IS SO ORDERED.**

DATED March 12, 2019.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1