FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JAY MIDDAUGH,<br><br>Defendant. | No. 2:18-CR-00182-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 43)** |

Before the Court is Defendant's Second Unopposed Motion for Modification of Release Conditions, **ECF No. 43**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Defendant's counsel seeks to mitigate negative effects of the social isolation caused by being in his apartment during the early evening hours when his friends are finished work and available.

Specifically, Defendant requests his curfew be extended from 7:00 pm to 9:00 pm. Defendant has provided the U.S. Probation Officer with a list of four addresses and phone numbers where family and friends reside along with confirmation that children do not reside or visit the residences and they are aware of the charges against him.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 43**, is **GRANTED**. Curfew is extended from 7:00 pm to 9:00 pm. Defendant is permitted to visit residences approved by U.S. Probation.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 14, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2