FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD JAY MIDDAUGH, <br><br> Defendant. | No. 2:18-CR-00182-WFN-1 <br><br> ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS <br><br> **MOTIONS GRANTED** <br> **(ECF Nos. 61, 62)** |

  Before the Court is Defendant's Expedited Unopposed Motion to Modify Conditions of Release, **ECF No. 61, 62**. Defendant recites in his motion that U.S. Probation does not oppose this request and U.S. Attorney Alison Gregoire defers the government's position to Probation.

  Specifically, Defendant requests permission to modify release condition #22.

  The Court finding good cause, **IT IS ORDERED** Defendant's Expedited Motion, **ECF Nos. 61, 62**, is **GRANTED**. Defendant's condition of pre-trial release No. 22 is modified as follows:

**(22)** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the internet, including but not limited to cell phones with internet access.

  Any internet capable devices and wireless routers in a home which the Defendant shares with others shall be password protected and the

ORDER - 1

Defendant shall not have access to the passwords.  The wireless router shall be kept in a locked area to which the Defendant does not have access.

Defendant is permitted to play games on an "Xbox®" brand device, which the Court understands to be a free standing electronics product that requires connection to a viewing screen, but does not require connection to a computer or the internet. Defendant is permitted to utilize an Xbox® in his home, *provided* it is not connected to a computer or the internet.

All previously ordered terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 16, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE